**SO ORDERED.**

**SIGNED this 28 day of July, 2014.**



_____
John T. Laney, III
Chief United States Bankruptcy Judge

**United States Bankruptcy Court**
For the Middle District of Georgia

| | | |
|---|---|---|
| In the matter of: | ) | Chapter 13 |
| | ) | |
| Michael D. Bostick and | ) | Case Number 10-71970-JTL |
| Mandy Wheeler Bostick, | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| eCast Settlement Corporation, | ) | |
| Movant | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Michael D. Bostick and | ) | |
| Mandy Wheeler Bostick, | ) | |
| Respondent(s). | ) | |

**CONSENT ORDER ON MOTION FOR RELIEF FROM STAY**

The above Motion having been set down for hearing on June 25th, 2014, and the parties consenting as evidenced by their signatures below, it is hereby:

ORDERED, that Debtors shall henceforth make timely direct payments to Movant and

resume making timely direct payments in the amount of $100.00 to Movant beginning with the first payment due August 1st, 2014 and continuing until the debt is paid in full;

ORDERED, that in the event the debtors fail to comply with the terms of this order, the movant, through its authorized representative or attorney of record, may serve a Notice of Default setting forth the default, with service upon the Debtor(s), the Debtor(s)' attorney, the Trustee, and the Co-Debtor, if applicable. Upon the expiration of fifteen (15) days from the date of said Notice, Movant may file an Affidavit of Default an order may be entered lifting the automatic stay as to the above collateral without further motion, notice or hearing.

Consented By:

/s/ Karl E. Osmus
Karl E. Osmus
Attorney for Movant
Georgia Bar No. 555129
1010 Williams Street
Valdosta, Georgia 31601
karlosmus@aol.com
(229) 257-0080

/s/ Michael Turner
Michael Turner
Attorney for Debtor
mhturner@michaelturnerlaw.com

/s/ Kristin Hurst
Kristin Hurst
Chapter 13 Trustee

**END OF DOCUMENT**